UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                              Case No. 21-30207
                                                Originating No. 3:21-cr-36-18

**ANTOINE PAIGE,**

    Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ANTOINE PAIGE,** to answer to charges pending in another federal district, and states:

1. On **May 04, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. Defendant is charged in that district with violation of **21 U.S.C. §841(a)(1), and (b)(1)(C)- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Regina McCullough
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
regina.mccullough@usdoj.gov
(313) 226-9618

Dated: May 4, 2021